

RECEIVED

AUG 23 2023

TONY R. MOORE CLERK
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT, LOUISIANA
BY_____

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. |
| | * | |
| VERSUS | * | 6:23-cr-00205 |
| | * | Judge Summerhays |
| | * | Magistrate Judge Whitehurst |
| DAMARIO LYONS, a.k.a. "Mario"   (01) | * | |
| RANDALL THIBODEAUX,                 (02) | * | |
| JORY WILLIAMS, a.k.a. "Ro"          (03) | * | |
| LATHANIAS MCZEAL                    (04) | * | |
| DREKEYLONE PETERS,                  (05) | * | |
| GAVIN WILLIAMS, a.k.a. "Guy"        (06) | * | |
| QUINTIEN COBB                       (07) | * | |

## INDICTMENT

THE FEDERAL GRAND JURY CHARGES:

### COUNT 1
**Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances (Methamphetamine)**
**[21 U.S.C. § 846]**

Beginning on an unknown date but no later than July 1, 2022, and continuing to on or about May 9, 2023, in the Western District of Louisiana, the defendants, Damario LYONS, a.k.a. "Mario"; Randall THIBODEAUX; Jory WILLIAMS, a.k.a. "Ro"; Lathanias MCZEAL; Drekeylone PETERS; Gavin WILLIAMS, a.k.a. "Guy"; and Quintien COBB, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States, to wit: to

1

distribute and possess with the intent to distribute methamphetamine, its salts, isomers, and salts of its isomers or a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II narcotic controlled substance; in violation of Title 21, United States Code, Sections 841(a)(1) and 846. [21 U.S.C. §§ 841(a)(1), 846].

With respect to defendants Damario LYONS, a.k.a. "Mario"; Randall THIBODEAUX; Jory WILLIAMS, a.k.a. "Ro"; Lathanias MCZEAL; and Drekeylone PETERS, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers. All in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A). [21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(A)].

With respect to defendant Gavin WILLIAMS, a.k.a. "Guy", and Quintien COBB, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers. All in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)].

## COUNT 2
### Possession with Intent to Distribute Controlled Substances
### (Methamphetamine)
### [21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

On or about March 2, 2023, in the Western District of Louisiana, the defendant, Drekeylone PETERS, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A). [21 U.S.C. §§ 841(a)(1), (b)(1)(A)].

## COUNT 3
### Distribution of Controlled Substances
### (Methamphetamine)
### [21 U.S.C. §§ 841(a)(1), (b)(1)(A)]

On or about May 4, 2023, in the Western District of Louisiana, the defendants, Damario LYONS, a.k.a. "Mario"; and Randall THIBODEAUX, did knowingly and intentionally distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A). [21 U.S.C. §§ 841(a)(1), (b)(1)(A)].

## COUNT 4
**Possession with Intent to Distribute Controlled Substances
(Methamphetamine)
[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]**

On or about May 4, 2023, in the Western District of Louisiana, the defendant, Quintien COBB, did knowingly and intentionally possess with intent to distribute a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C). [21 U.S.C. §§ 841(a)(1), (b)(1)(C)].

## COUNT 5
**Possession with the Intent to Distribute Controlled Substances
(Methamphetamine)
[21 U.S.C. §§ 841(a)(1), (b)(1)(A)]**

On or about May 4, 2023, in the Western District of Louisiana, the defendants, Damario LYONS, a.k.a. "Mario", and Lathanias MCZEAL, did knowingly and intentionally possess with the intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers or 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A). [21 U.S.C. §§ 841(a)(1), (b)(1)(A)].

## COUNT 6
### Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances (Fentanyl)
### [21 U.S.C. § 846]

Beginning on an unknown date but no later than December 8, 2022, and continuing to on or about May 9, 2023, in the Western District of Louisiana, the defendants, Damario LYONS, a.k.a. "Mario"; Randall THIBODEAUX; Jory WILLIAMS, a.k.a. "Ro"; Lathanias MCZEAL; Drekeylone PETERS; and Gavin WILLIAMS, a.k.a. "Guy", knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States, to wit: to distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), a Schedule II controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 846. [21 U.S.C. §§ 841(a)(1), 846].

With respect to defendants Damario LYONS, a.k.a. "Mario"; Randall THIBODEAUX; Jory WILLIAMS, a.k.a. "Ro"; Lathanias MCZEAL; and Drekeylone PETERS, the amount involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B). [21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)].

With respect to defendant, Gavin WILLIAMS, a.k.a. "Guy", the amount involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), all in violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(C). [21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(C)].

## COUNT 7
**Possession with the Intent to Distribute Controlled Substances (Fentanyl)**
**[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]**

On or about March 2, 2023, in the Western District of Louisiana, the defendant, Drekeylone PETERS, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C). [21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C)].

## COUNT 8
**Possession with the Intent to Distribute Controlled Substances**
**(Fentanyl)**
**[21 U.S.C. §§ 841(a)(1), (b)(1)(B)]**

On or about May 4, 2023, in the Western District of Louisiana, the defendants, Damario LYONS, a.k.a. "Mario", and Lathanias MCZEAL, did knowingly and intentionally possess with the intent to distribute 40 grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).  [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)].

## COUNT 9
**Possession with the Intent to Distribute Controlled Substances**
**(Fentanyl)**
**[21 U.S.C. §§ 841(a)(1), (b)(1)(C)]**

On or about May 4, 2023, in the Western District of Louisiana, the defendant, Jory WILLIAMS a.k.a. "Ro", did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (fentanyl), all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).  [21 U.S.C. §§ 841(a)(1), 841(b)(1)(C)].

## COUNT 10
### Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances (Heroin)
### [21 U.S.C. § 846]

Beginning on an unknown date but no later than April 13, 2023, and continuing to on or about May 9, 2023, in the Western District of Louisiana, the defendants, Damario LYONS, a.k.a. "Mario"; Randall THIBODEAUX; Jory WILLIAMS, a.k.a. "Ro"; and Lathanias MCZEAL, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States, to wit: to distribute and possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(B), and 846. [21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)].

## COUNT 11
### Possession with the Intent to Distribute Controlled Substances (Heroin)
### [21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

On or about May 4, 2023, in the Western District of Louisiana, the defendants, Damario LYONS, a.k.a. "Mario" and Lathanias MCZEAL, did knowingly and intentionally possess with the intent to distribute 100 grams or more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance; all in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B). [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)].

## COUNT 12
**Conspiracy to Distribute and Possess with the Intent to Distribute Controlled Substances (Cocaine and Cocaine Base)**
**[21 U.S.C. § 846]**

Beginning on an unknown date but no later than December 22, 2022, and continuing to on or about May 9, 2023, in the Western District of Louisiana, the defendants, Damario LYONS, a.k.a. "Mario"; Randall THIBODEAUX; Jory WILLIAMS, a.k.a. "Ro"; Lathanias MCZEAL; and Drekeylone PETERS, knowingly and intentionally combined, conspired, confederated and agreed together and with each other, and with other persons known and unknown to the Grand Jury, to commit the following offenses against the United States, to wit: to distribute and possess with intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, and over twenty-eight (28) grams of cocaine base (commonly referred to as "crack cocaine"), Schedule II controlled substances, in violation of Title 21, United States Code, Section 841(a)(1). All in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 841(b)(1)(B).   [21 U.S.C. §§ 846, 841(a)(1), 841(b)(1)(B)].

## COUNT 13
### Possession with the Intent to Distribute Controlled Substances
### (Cocaine and Cocaine Base)
### [21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

On or about March 2, 2023, in the Western District of Louisiana, the defendant, Drekeylone PETERS, did knowingly and intentionally possess with the intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, and over twenty-eight (28) grams of cocaine base (commonly referred to as "crack cocaine"), Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B). [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)].

## COUNT 14
### Possession with the Intent to Distribute Controlled Substances
### (Cocaine and Cocaine Base)
### [21 U.S.C. §§ 841(a)(1), (b)(1)(B)]

On or about May 4, 2023, in the Western District of Louisiana, the defendants, Damario LYONS, a.k.a. "Mario", and Lathanias MCZEAL, did knowingly and intentionally possess with the intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of isomers, and over twenty-eight (28) grams of cocaine base (commonly referred to as "crack cocaine"), Schedule II controlled substances, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B). [21 U.S.C. §§ 841(a)(1), 841(b)(1)(B)].

## COUNT 15
**Possession of Firearm in Furtherance of a Drug Trafficking Crime**
**[18 U.S.C. § 924(c)]**

On or about March 2, 2023, in the Western District of Louisiana, the defendant, Drekeylone PETERS, did knowingly possess firearms, to wit: one (1) Taurus Millennium Pro, .45 ACP handgun; one (1) Glock 26, 9mm handgun; and one (1) Anderson Manufacturing AM-15 rifle, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, namely Possession with Intent to Distribute Methamphetamine, Fentanyl, Cocaine, and Cocaine Base, as alleged in Counts 1, 2, 6, 7, and 12, all in violation of Title 18, United States Code, Section 924(c). [18 U.S.C. § 924(c)].

## COUNT 16
**Maintaining a Drug Involved Premises**
**[21 U.S.C. § 856(a)(1)]**

Between on or about April 13, 2023 and May 4, 2023, in the Western District of Louisiana, the defendant, Damario LYONS, aka "Mario", did unlawfully and knowingly use and maintain a place located at 1314 S. Main St., Jennings, Louisiana, for the purpose of manufacturing and distributing a controlled substance, in violation of Title 21, United States Code, Section 856(a)(1). [21 U.S.C. § 856(a)(1)].

## **FORFEITURE NOTICE (Controlled Substances)**
**[21 U.S.C. §853]**

The allegations in all counts are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 856(a)(1), the defendants Damario LYONS, a.k.a. "Mario"; Randall THIBODEAUX; Jory WILLIAMS, a.k.a. "Ro"; Lathanias MCZEAL; Drekeylone PETERS; Gavin WILLIAMS, a.k.a. "Guy"; and Quintien COBB, shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense(s).

If any property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21, United States Code, Section 853(p). [21 U.S.C. § 853]

## FORFEITURE NOTICE (Firearms)
## [18 U.S.C. § 924(d)(1)]

A.  The allegations contained in Count 15 are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1). [18 U.S.C. § 924(d)(1)].

B.  As a result of the violations as described in Count 15 of this Indictment and upon conviction, the defendant, Drekeylone PETERS, shall forfeit to the United States any right of ownership or interest that he might have in the firearms as described in Count 15 of the Indictment and set forth below:

(1) One (1) Taurus Millennium Pro, .45 ACP handgun, Serial # NYH17201
(2) One (1) Glock 26, 9mm handgun, Serial # BKSE373
(3) One (1) Anderson Manufacturing AM-15 rifle, Serial # 15069534, and
(4) All ammunition recovered on March 2, 2023

All in violation of Title 18, United States Code, Section 924(d)(1). [18 U.S.C. § 924(d)(1)].

A TRUE BILL:

*REDACTED*
———————————
GRAND JURY FOREPERSON

BRANDON B. BROWN
United States Attorney

DANIEL J. VERMAELEN, ( Bar No. 36715)
Assistant United States Attorney
800 Lafayette Street, Suite 2200
Lafayette, LA 70501
Telephone: (337) 262-6618