**SUPPLEMENTAL MINUTE BOOK**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

Court convened **at 2:35 p.m.** on Wednesday, August 23, 2023, and adjourned at **2:50 p.m.**

PRESENT:   Mark L. Hornsby, Magistrate Judge, Presiding
Jill Keller, Minute Clerk
Recorded: Liberty Court Recorder 3
Time in Court: 15 minutes

## GRAND JURY REPORT

  X   Partial Report
  X   Sealed Indictments ordered sealed and withheld from the public until such time as the defendants come into federal custody.

### OPEN INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 5:23-cr-00195-01*** | X/WRIT | |
| 5:23-cr-00197-01*** | X/WRIT | |
| 5:23-cr-00198-01*** | X/WRIT | |
| 6:23-cr-00204-01* | X | |
| 6:23-cr-00204-02* | X | |

### SEALED INDICTMENTS

| CASE NUMBER | WARRANT | SUMMONS |
|---|---|---|
| 3:23-cr-00199-01 | X | |
| 3:23-cr-00200-01 | X | |
| 5:23-cr-00196-01 | X | |
| 5:23-cr-00196-02 | X | |
| 5:23-cr-00201-01 | X | |
| 5:23-cr-00202-01 | X | |
| 5:23-cr-00203-01 | | X |
| 6:23-cr-00205-01 | X | |
| 6:23-cr-00205-02 | X | |
| 6:23-cr-00205-03 | X | |
| 6:23-cr-00205-04 | X | |
| 6:23-cr-00205-05*** | X/WRIT | |
| 6:23-cr-00205-06 | X | |
| 6:23-cr-00205-07 | X | |

  X   Warrants/summons ordered issued as indicated.
   *   In Federal Custody
  **   Superseding Indictment
 ***   State Custody