UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. 23-CR-205-RRS-CBW |
| | : | |
| *Versus* | : | JUDGE SUMMERHAYES |
| | : | |
| | : | MAGISTRATE JUDGE WHITEHURST |
| DAMARIO LYONS (1) | : | |

**DEFENDANT DAMARIO LYONS' REQUEST
FOR DISCOVERY**

Defendant, DAMARIO LYONS, through undersigned appointed counsel, hereby requests that the United States disclose all matters listed in Paragraph (I)(a)(1) of the Criminal Pretrial Discovery Order, including subparagraphs (A) through (I). Under subparagraph (H), the defendant specifically requests any and all books, papers, documents, photographs, tangible objects, buildings or places which the government intends to use as evidence at trial to prove its case in chief or which were obtained from or belong to the defendant.

RESPECTFULLY SUBMITTED:

 s/ Michael A. Fiser
MICHAEL A. FISER
The Fiser Law Firm, LLC
1055 Laurel Street
Baton Rouge, LA 70802
Phone: (225)343-5059
Email: michael@fiserlaw.com
Bar Roll No: 28575

## CERTIFICATE OF SERVICE

I hereby certify that, on November 16, 2023, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by notice of electronic filing (NEF).

                s/ Michael A. Fiser