```
                    UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF LOUISIANA
                          LAFAYETTE DIVISION

UNITED STATES OF AMERICA              NO. 6:23-cr-00205-RRS-CBW-1

VERSUS                                U.S. JUDGE SUMMERHAYS

DAMARIO LYONS                         U.S. MAGISTRATE JUDGE
                                      WHITEHURST
```

**DAMARIO LYONS' REQUESTED JURY INSTRUCTIONS**

COMES NOW Defendant, Damario Lyons, who, through undersigned counsel, with respect, represents:

1.

Mr. Lyons respectfully requests that the Court give the following pattern jury instructions: 1.01, 1.02(a) or 1.02(b), 1.03-1.06, 1.08(a) or 1.08(b), 1.09, 1.18-1.20, 1.20A, 1.21-1.22, 1.24, 1.25-1.26, 1.31, 1.33, 1.41, 2.16, 2.95A, 2.97, and 2.99.

Based on the evidence adduced at trial, the following additional pattern jury instructions may be necessary: 1.10-1.17, 1.28-1.29, 1.32, 1.49-1.54.

```
7/14/25                    /s/ Douglas Lee Harville
Date                       Douglas Lee Harville, #27235
                           The Harville Law Firm, LLC
                           P.O. Box 52988
                           Shreveport, LA 71135
                           Telephone:  (318) 222-1700
                           Telecopier: (318) 222-1701
                           lee.harville@theharvillelawfirm.com
                           Counsel for Damario Lyons
```

## **CERTIFICATE**

I HEREBY CERTIFY that on July 14, 2025, a copy of the above and foregoing, DAMARIO LYONS' REQUESTED JURY INSTRUCTIONS, was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the United States Attorney's Office by operation of the court's electronic filing system.

Shreveport, Louisiana, this 14th day of July, 2025.

/s/ Douglas Lee Harville
Douglas Lee Harville, #27235
