```
                   UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF LOUISIANA
                         LAFAYETTE DIVISION

UNITED STATES OF AMERICA          NO. 6:23-cr-00205-RRS-CBW-1

VERSUS                            U.S. JUDGE SUMMERHAYS

DAMARIO LYONS                     U.S. MAGISTRATE JUDGE
                                  WHITEHURST
```

### **DAMARIO LYONS' PROPOSED VOIR DIRE QUESTIONS**

COMES NOW DEFENDANT, Damario Lyons, who, through undersigned counsel, with respect, represents:

Undersigned counsel would ask that this Court consider the following questions in addition to its standard *voir dire* questions:

- a. How do you feel about people accused of possessing or conspiring to possess drugs of any type?
- b. How do you feel about people who use drugs of any type?
- c. If you find beyond a reasonable doubt that Mr. Lyons committed one of the charged crimes, would you still require the Government to prove he was guilty beyond a reasonable doubt of the other charges against him?
- d. Have you ever given money or other support to an organization that opposes or supports legalization of some or all drugs?
- e. How do you feel about drug use in the United States in general?

    f.   How do you feel about prosecution of drug crimes in the United States in general?

In addition to these questions, undersigned counsel respectfully asks to be given time during *voir dire* to address answers and responses given during *voir dire*.

<pre>
7/14/25              /s/ Douglas Lee Harville
Date                 Douglas Lee Harville, #27235
                     The Harville Law Firm, LLC
                     P.O. Box 52988
                     Shreveport, LA 71135-2988
                     Telephone:  (318) 222-1700
                     Telecopier: (318) 222-1701
                     lee.harville@theharvillelawfirm.com
                     Counsel for Damario Lyons
</pre>

## **CERTIFICATE**

I HEREBY CERTIFY that on July 14, 2025, a copy of the above and foregoing, DAMARIO LYONS' PROPOSED *VOIR DIRE* QUESTIONS, was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to the United States Attorney's Office by operation of the court's electronic filing system.

Shreveport, Louisiana, this 14th day of July, 2025.

        /s/ Douglas Lee Harville
        Douglas Lee Harville, #27235